FILED

MAY -5 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-0813 YGR-1 |
| Plaintiff, | **ORDER FOR RELEASE FROM FEDERAL CUSTODY** |
| v. | |
| LARRY DARNELL GOINES, | |
| Defendant. | |

The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant. Defendant admonished to follow all conditions of his supervised release.

**IT IS SO ORDERED.**

Dated: May 5, 2017

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE